IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:15cv1676 (AJT/IDD) |
| LOU CARBONE PLUMBING COMPANY, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 13] of the Magistrate Judge recommending that default judgment be entered against Lou Carbone Plumbing Company (the "defendant") and in favor of the Trustees of the Plumbers and Pipefitters National Pension Fund, and the Trustees of the International Training Fund (collectively, "plaintiffs") in the total amount of $4,956.46. The Magistrate Judge also advised the parties that objections to the Report and Recommendation must be filed within fourteen (14) days of service and that failure to object waives appellate review. No objections have been filed. The Court has conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge in their entirety. Accordingly, it is hereby

ORDERED that plaintiffs' Motion for Default Judgment [Doc. No. 9] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, ENTERED against defendant and in favor of the Trustees of the Plumbers and Pipefitters National Pension Fund in the amount of **$4,672.85**, which consists of $2,128.45 in unpaid contributions, $212.85 in

liquidated damages, $140.26 in accrued interest through April 22, 2016, and $2,191.29 in attorney's fees and costs, plus interest on delinquent contributions continuing to accrue at twelve percent (12%) per annum from April 22, 2016 until payment is made in full; and it is further

ORDERED that default judgment be, and the same hereby is, ENTERED against defendant and in favor of the Trustees of the International Training Fund in the amount of **$283.61**, which consists of $224.04 in unpaid contributions, $44.81 in liquidated damages, and $14.76 in accrued interest through April 22, 2016, plus interest on delinquent contributions continuing to accrue at twelve percent (12%) per annum from April 22, 2016 until payment is made in full.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58 and to forward copies of this Order to all counsel of record and to defendant at the following addresses:

Tiffany Propst
Lou Carbone Plumbing Company
922 Cynthia Avenue
Niles, OH 44446

Lou Carbone Plumbing Company
1414 Niles Courtland Road
Niles, OH 44446

Alexandria, Virginia
August 26, 2016

/s/
Anthony J. Trenga
United States District Judge